**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                             Case No.  17-21426-BKC-JKO

Veronica Jones,                                    Chapter   13

_____Debtor_____/

**FINAL REPORT OF MORTGAGE MODIFICATION MEDIATOR**

The undersigned court-appointed mortgage modification mediator, reports to the Court as follows:

**A.**     The final Mortgage Modification Mediation ("MMM") conference was conducted on March 26, 2018 and the following parties were present:

   1. [X] The Debtor, Veronica Jones and the Debtor's attorney, Chasity Strachan.
   2. [ ] The co-obligor/co-borrower/or other third party.
   3. [X] The Lender's representative Julie O'Hara and Lender's attorney, Chase Berger.
   4. [ ] Other:

**B.**     The final MMM conference was scheduled for _____, 2018, but not conducted for the following reason:

   1. [ ] The parties settled prior to attending.
   2. [ ] The case was dismissed.
   3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
   4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
   5. [ ] Other

**C.**     The result of the MMM conference is as follows:

   1. [ ] The parties reached an agreement.
   2. [X] The parties did not reach an agreement.

Dated: March 26, 2018

                                    /s/:Stacy H. Bressler____
                                    Stacy H. Bressler, Esq.
                                    8201 Peters Road, Suite 1000
                                    Plantation, FL 33324
                                    Telephone: (954) 557-5526
                                    email: sbressler@aol.com

Copies to:
all parties to mediation