## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

**CASE NO.: 17-21426-BKC-JKO**
PROCEEDING UNDER CHAPTER 13

**IN RE:**

VERONICA V. JONES
XXX-XX-2607

DEBTOR_____/

### NOTICE OF CONTINUED CONFIRMATION HEARING

   YOU ARE HEREBY NOTIFIED that the Confirmation Hearing has been continued to **May 07, 2018** at **9:00 AM** at the United States Federal Bankruptcy Courthouse, 299 East Broward Boulevard, Room 301, Fort Lauderdale, FL 33301.

**PLEASE TAKE NOTICE** the Court may dismiss the above-referenced case for failure to propose a confirmable plan or for any other reason deemed necessary by the Court without further notice.

   **I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Continued Confirmation Hearing was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 9th day of April, 2018.

                                        _____*/s/ Robin R. Weiner*_____
                                        ROBIN R. WEINER, ESQUIRE
                                        STANDING CHAPTER 13 TRUSTEE
                                        P.O. BOX 559007
                                        FORT LAUDERDALE, FL 33355-9007
                                        TELEPHONE: 954-382-2001
                                        FLORIDA BAR NO.: 861154

NOTICE OF CONTINUED CONFIRMATION HEARING
CASE NO.:  17-21426-BKC-JKO

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
VERONICA V. JONES
12113 NW 33 ST
SUNRISE, FL  33323

**ATTORNEY FOR DEBTOR**
ELIAS LEONARD DSOUZA, ESQUIRE
111 N PINE ISLAND ROAD
SUITE 205
PLANTATION, FL  33324

**ELIAS LEONARD DSOUZA, ESQUIRE** IS HEREBY DIRECTED TO MAIL A CONFORMED COPY OF THIS NOTICE TO ALL CREDITORS AND INTERESTED PARTIES IMMEDIATELY UPON RECEIPT THEREOF.