UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ 11MP _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Veronica V. Jones    JOINT DEBTOR: _____    CASE NO.: 17-21426-PDR

SS#: xxx-xx- 2607    SS#: xxx-xx- _____

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $931.83 for months 1 to 38 ;
2. $2,923.82 for months 39 to 50 ;
3. $6,989.71 for months 51 to 84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE    ☐ PRO BONO

| Total Fees: | $10000.00 | Total Paid: | $1615.00 | Balance Due: | $8385.00 |
|---|---|---|---|---|---|
| Payable | $112.03 | /month (Months | 1 to 38 ) | | |
| Payable | $343.99 | /month (Months | 39 to 50 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500.00 [Basic Legal Fees] + $2500.00 [MMM] + $1150.00 [2 Motions to Value Secured Property] + $525.00 [Motion to Modify; paid directly to the attorney] + $525.00 [Motion to Modify; Paid directly to the attorney] + $525.00 [Motion to Modify] + $525.00 [Motion to Modify; paid directly to the attorney] + $750.00 [Extended 24 month cares act plan]
Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: BSI Financial Services

   Arrearage/ Payoff on Petition Date    $106,301.49

   Arrears Payment (Cure)    $241.34    /month (Months 1 to 38 )

| | | | |
|---|---|---|---|
| Address: 314 S. Franklin Street Second Floor POB 517 Titusville, PA 16354 | Arrears Payment (Cure) | $1,000.00 | /month (Months 39 to 50 ) |
| | Arrears Payment (Cure) | $2,503.84 | /month (Months 51 to 84 ) |
| | Regular Payment (Maintain) | $499.25 | /month (Months 1 to 38 ) |
| | Regular Payment (Maintain) | $1,200.00 | /month (Months 39 to 50 ) |
| Last 4 Digits of Account No.: 3573 | Regular Payment (Maintain) | $3,736.41 | /month (Months 51 to 84 ) |

Other: _____

■ Real Property                         Check one below for Real Property:
  ■ Principal Residence                  ■ Escrow is included in the regular payments
  ☐ Other Real Property                  ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
12113 NW 33rd Street
Sunrise, Florida a33323

☐ Personal Property/Vehicle

Description of Collateral: _____

2. Creditor: Sawgrass Estate HOA Inc.

| | | | |
|---|---|---|---|
| Address: c/o David M. Bauman Esq. 4050 W. Broward Blvd. Plantation, Florida 33317 | Arrearage/ Payoff on Petition Date | | |
| | Regular Payment (Maintain) | $20.16 | /month (Months 1 to 38 ) |
| | Regular Payment (Maintain) | $85.16 | /month (Months 39 to 84 ) |

Last 4 Digits of Account No.: 5380

Other: _____

■ Real Property                         Check one below for Real Property:
  ■ Principal Residence                  ☐ Escrow is included in the regular payments
  ☐ Other Real Property                  ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
12113 NW 33rd Street
Sunrise, Florida 33323

☐ Personal Property/Vehicle

Description of Collateral: _____

**B. VALUATION OF COLLATERAL:**  ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:**  ☐ NONE

| 1. Creditor: Sawgrass Estate HOA Inc.<br>Address: c/o DavidM. Bauman Esq.<br>4050 W. Broward Blvd<br>Plantation, Florida 33317<br><br>Last 4 Digits of Account No.: 5380<br><br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral: | Value of Collateral:           $276,730.00<br>Amount of Creditor's Lien:   $13,192.30<br><br>Interest Rate:    0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>  ☐ taxes   ☐ insurance directly | **Payment**<br>Total paid in plan:    $0.00<br><br>$0.00  /month (Months  1  to  60 ) |
| --- | --- | --- |
| 2. Creditor: Real Time Resolutions, Inc.<br>Address: as agent for Southstar I, LLc<br>1349 Empire Central Drive<br>Suite 150<br>Dallas, TX 75247<br><br>Last 4 Digits of Account No.: 7875<br><br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral: | Value of Collateral:           $276,730.00<br>Amount of Creditor's Lien:   $70,787.13<br><br>Interest Rate:    0.00%<br><br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay<br>  ☐ taxes   ☐ insurance directly | **Payment**<br>Total paid in plan:    $0.00<br><br>$0.00  /month (Months  1  to  60 ) |

    2. **VEHICLES(S):**  ■ NONE

    3. **PERSONAL PROPERTY:**  ■ NONE

  C. **LIEN AVOIDANCE**  ■ NONE

  D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ■ NONE

  E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

    ■ NONE

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  B. **INTERNAL REVENUE SERVICE:** ■ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE

  D. **OTHER:** ■ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay  $10.25  /month (Months  1  to  38  )

     Pay  $28.87  /month (Months  39  to  84  )

     Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ■ NONE

Debtor(s): Veronica V. Jones    Case number: 17-21426-PDR

\*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

**VI.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

- [x] NONE

**VII.    INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

- [x] Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

**VIII.    NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/ Veronica V. Jones      Debtor     October 29, 2020                                  Joint Debtor
Veronica V. Jones                            Date                                                                    Date

_____      _____
Attorney with permission to sign on              Date
Debtor(s)' behalf

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**